**UNITED STATES of America, Appellee,**

v.

**William J. ESSEM, Appellant.**

**No. 01–1327.**

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 2, 2001.

Filed Oct. 5, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

William Essem appeals from the district court's [1] judgment for the United States following a bench trial in the government's action to recover the balance of two student loans. Following our careful review

1. The Honorable Lawrence L. Piersol, Chief Judge, United States District Court for the District of South Dakota.

of the record before us, we reject Essem's arguments on appeal, and affirm.

Accordingly, we affirm. *See* 8th Cir. R. 47B.